1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9   WILLIAM BELL,                          )
                                           )
10                      Plaintiff,         )          3:11-CV-00745-RCJ(WGC)
                                           )
11  v.                                     )
                                           )          O R D E R
12  JOHN PEERY, et al.,                     )
                                           )
13                      Defendants.        )
    _____    )

14

15          The Court has considered the Report and Recommendation of United States Magistrate

16  (#37) entered on April 11, 2012, in which the Magistrate Judge recommends that the Plaintiff's Motion

17  for Temporary Restraining Order, or in the Alternative, Motion for Preliminary Injunction (#5) be

18  denied.  The Court has considered the pleadings and memoranda of the parties and other relevant

19  matters of record and has made a review and determination in accordance with the requirements of 28

20  U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1    ADOPTS  AND  ACCEPTS  the  Report  and  Recommendation  of  the  United  States

2  Magistrate Judge (#37); therefore, Plaintiff's Motion for Temporary Restraining Order, or in the

3  Alternative, Motion for Preliminary Injunction (#5)  is DENIED.

4    IT IS SO ORDERED.

5    DATED this 14th day of August, 2012.

6

7

8    _____

ROBERT C. JONES

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26