UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| WILLIAM BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-CV-00745-RCJ(WGC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JOHN PEERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (#37) entered on April 11, 2012, in which the Magistrate Judge recommends that the Plaintiff's Motion for Temporary Restraining Order, or in the Alternative, Motion for Preliminary Injunction (#5) be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#37); therefore, Plaintiff's Motion for Temporary Restraining Order, or in the
3   Alternative, Motion for Preliminary Injunction (#5) is DENIED.
4   IT IS SO ORDERED.
5   DATED this 14th day of August, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

2