```
            FILED              RECEIVED
            ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    DEC 1 0 2012

                 CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
         BY:                         DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| WILLIAM BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-CV-00745-RCJ-WGC |
| v. | ) | |
| | ) | |
| JOHN PEERY, et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #67) entered on November 28, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #39). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #67).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #39) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 10th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE